an erosion allows a State's machinery of death to go forth, regardless of the presence of possible constitutional infirmities in a death sentence, because it has become a tool offered to the hopeless as a means of ending their own lives.

I dissent from the denial of certiorari.

No. 84–1319.  DENSMORE v. CITY OF BOCA RATON, FLORIDA, ET AL., 471 U. S. 1124;

No. 84–1570.  JOHNSON v. MERIT SYSTEMS PROTECTION BOARD, 471 U. S. 1102;

No. 84–1632.  SUTER v. UNITED STATES, 471 U. S. 1103;

No. 84–1637.  HOLDERMAN v. UNITED STATES, 471 U. S. 1095;

No. 84–1638.  HOLDERMAN v. UNITED STATES, 471 U. S. 1095;

No. 84–5484.  JARRELL v. BALKCOM, WARDEN, 471 U. S. 1103;

No. 84–6033.  BROGDON v. LOUISIANA, 471 U. S. 1111;

No. 84–6074.  GREGORY v. MARYLAND, 471 U. S. 1103;

No. 84–6222.  BOCOOK v. TATE, 471 U. S. 1118;

No. 84–6280.  ZARRILLI v. BRAUNSTEIN, 471 U. S. 1020;

No. 84–6372.  HAAS v. NICHOLS ET AL., 471 U. S. 1105;

No. 84–6399.  CERVI v. KEMP, WARDEN, 471 U. S. 1131;

No. 84–6437.  SAVAGE v. CITY OF COLUMBUS, 471 U. S. 1118;

No. 84–6497.  WESER v. MASCHNER ET AL., 471 U. S. 1118; and

No. 84–6534.  STEWART v. ILLINOIS, 471 U. S. 1131.  Petitions for rehearing denied.

No. 84–465.  BLACK, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS AND HUMAN RESOURCES, ET AL. v. ROMANO, 471 U. S. 606; and

No. 84–5765.  ROBERTSON v. ROBERTSON, 469 U. S. 1164. Petitions for rehearing denied.  JUSTICE POWELL took no part in the consideration or decision of these petitions.

JULY 2, 1985

No. 84–1292.  STEARNS COAL & LUMBER CO., INC. v. KENTUCKY NATURAL RESOURCES AND ENVIRONMENTAL PROTECTION